*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Colby J. PETRAITIS**
Yeoman Seaman (E-3), U.S. Navy
*Appellant*

**No. 202100045**

Decided: 18 November 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Donald R. Ostrom (arraignment)
Ryan J. Stormer (trial)

Sentence adjudged 9 November 2020 by a general court-martial convened at Naval Station Norfolk, Virginia, and Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 36 months, and a dishonorable discharge.

For Appellant:
*Major Mary Claire Finnen, USMC*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 201900045 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Colby J. PETRAITIS**<br>**Yeoman Seaman (E-3)**<br>**U.S. Navy**<br>**Accused** | ***As Modified on Appeal***<br><br>**18 November 2021** |

On 9 November 2020, the Accused was tried at Naval Base San Diego, California, by general court-martial, consisting of a military judge sitting alone. Military Judges Donald R. Ostrom and Ryan J. Stormer presided.

## FINDINGS

The following offenses were referred to trial, with the corresponding pleas and findings:

**Charge I:** **Violation of Article 130, Uniform Code of Military Justice, 10 U.S.C. § 930.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Housebreaking on or about 7 November 2018.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge II:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification:** **Attempted sexual assault of K.B. on or about 7 November 2018.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge III:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Assault consummated by a battery of K.B. on or about 7 November 2018.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge IV:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **False official statement to Master at Arms Petty Officer Second Class on or about 25 April 2019.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge V:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Sexual assault of S.Z. on or about 9 March 2020.**

> *Plea:* Guilty by exceptions.
> *Finding:* Guilty in accordance with plea.

**Specification 2:** **Sexual assault of J.B. on or about 9 March 2020.**

> *Plea:* Guilty by exceptions.
> *Finding:* Guilty in accordance with plea.

**Charge VI:** **Violation of Article 85, Uniform Code of Military Justice, 10 U.S.C. § 885.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Desertion on or about 12 March 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge VII:** **Violation of Article 87, Uniform Code of Military Justice, 10 U.S.C. § 887.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Missing movement on or about 12 March 2020.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Charge VIII:** **Violation of Article 86, Uniform Code of Military Justice, 10 U.S.C. § 886.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Absence without leave from on or about 12 March 2020 until on or about 23 April 2020.**

> *Plea:* Guilty by exceptions.
> *Finding:* Guilty in accordance with plea.

**Charge IX:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* No plea entered.
> *Finding:* Dismissed prior to arraignment.

**Specification:** **Assault consummated by a battery upon K.P., the spouse of the accused.**

> *Plea:* No plea entered.
> *Finding:* Dismissed prior to arraignment.

**Additional**
**Charge I:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

>*Plea:* Guilty.
>*Finding:* Guilty.

**Specification 1:** **Assault consummated by a battery of S.Z. on or about 9 March 2020.**

>*Plea:* Not Guilty.
>*Finding:* Dismissed.

**Specification 2:** **Assault consummated by a battery of J.B. on or about 9 March 2020.**

>*Plea:* Not Guilty.
>*Finding:* Dismissed.

**Specification 3:** **Assault consummated by a battery of K.P., the spouse of the Accused, on or about 20 April 2020.**

>*Plea:* Guilty by exceptions.
>*Finding:* Guilty in accordance with plea.

**Additional**
**Charge II:** **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

>*Plea:* Not Guilty.
>*Finding:* Dismissed

**Specification:** **Domestic violence against K.P., the spouse of the accused, on or about 20 April 2020.**

>*Plea:* Not Guilty.
>*Finding:* Dismissed.

## SENTENCE

On 9 November 2020, military judge Ryan J. Stormer adjudged the following sentence:

**Reduction to pay grade E-1.**

*For the Specification of Charge I:*
   confinement for 12 months.

*For the Specification of Charge III:*
   confinement for 6 months.

*For Specification 1 of Charge V:*
   confinement for 5 months.

*For Specification 2 of Charge V:*
   confinement for 5 months.

*For the Specification of Charge VIII:*
   confinement for 2 months.

*For Specification 3 of Additional Charge I:*
   confinement for 6 months.

The terms of confinement will run consecutively.

**Confinement for a total of 36 months.**

**A dishonorable discharge.**

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court